NJSUBMIL - SUITABLE AT BUSINESS


P21731809

**BLANK ROME, LLP**     KARL REDA
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRACHT FWO INC. | index No. **1:24-CV-03881-LAP** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **152698-06500** |
| NATURE'S INTENT LLC, ET AL., | Court Date. |
| DEFENDANT | |

STATE OF NEW JERSEY, COUNTY OF UNION     :SS:

**JOSEPH RUSSO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28TH** day of **MAY, 2024 8:30 AM** at
  **5 TURNBRIDGE WELLS COURT**
  **MEDFORD NJ 08055**
I served the **SUMMONS IN A CIVIL ACTION AND COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA AND EXHIBITS**
upon **DONALD DEMATO**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JEANNE DEMATO, WIFE**
a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**

APP.AGE: **50** APP. HT: **5'3** APP. WT: **140**

OTHER IDENTIFYING FEATURES

On **05/30/2024** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
30 day of MAy, 2024

JOSEPH RUSSO
Lexitas
219 South Street, STE 102
New Providence, NJ 07974
908-897-0273
Client File Number: 152698-06500
BLANK ROME, LLP

ALEXIS R DEANNE
Notary Public, State of New Jersey
My Commission Expires Apr 28, 2026