
P21731775

FRACHT FWO INC.
PLAINTIFF
- vs -
NATURE'S INTENT LLC, ET AL.,
DEFENDANT

U S DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
Docket No. 1:24-CV-03881-LAP

**Person to be Served**
NATURE'S TREATS, LLC
525 ROUTE 73 NORTH
SUITE 310
MARLTON NJ 08053

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: SUMMONS IN A CIVIL ACTION AND COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA AND EXHIBITS
**Service Data**:
Served Successfully **X** Not Served _____ Date: 05/28/2024 Time: 9:00 AM Attempts:

__ Delivered a copy to him/her personally

Name of person served and relationship / title:

MARIA PONTRELLO

___ Left a copy with a competent household member of over 14 years of age residing therein.

ADMINISTRATOR

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

**Description of Person Accepting Service**:
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **55**   APP. HT: **5'5**   APP. WT: **140**
OTHER:

**Comments Or Remarks**:

Sworn to before me this
30 day of MAY, 2024

ALEXIS R DEANNE
Notary Public, State of New Jersey
My Commission Expires Apr 28, 2026

I, JOSEPH RUSSO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    Date

Client File Number: 152698-06500
Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-891-0273
BLANK ROME, LLP