
P21731734

| | |
|---|---|
| FRACHT FWO INC.<br>PLAINTIFF<br>- vs -<br>NATURE'S INTENT LLC, ET AL.,<br>DEFENDANT | U S DISTRICT COURT SOUTHERN<br>DISTRICT OF NEW YORK<br>Docket No. 1:24-CV-03881-LAP |

**Person to be Served**
NATURE'S INTENT LLC
525 ROUTE 73 NORTH
SUITE 310
MARLTON NJ 08053

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS IN A CIVIL ACTION AND COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA AND EXHIBITS
**Service Data:**
Served Successfully **X**  Not Served _____  Date: 05/28/2024  Time: 9:00 AM  Attempts: __

Delivered a copy to him/her personally

Name of person served and relationship / title:

MARIA PONTRELLO

___ Left a copy with a competent household member of over 14 years of age residing therein.

ADMINISTRATOR

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

**Description of Person Accepting Service:**
SEX: **FEMALE**  COLOR: **WHITE**  HAIR: **BROWN**  APP.AGE: **55**  APP. HT: **5'5**  APP. WT: **140**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
30 day of May, 2024

ALEXIS R DEANNE
Notary Public, State of New Jersey
My Commission Expires Apr 28, 2026

I, JOSEPH RUSSO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Joseph A. Russo   5-30-2

Signature of Process Server    Date

Client File Number: 152698-06500
Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
BLANK ROME, LLP