# Exhibit B

**Packer, Holli B.**

---

| | |
|---|---|
| **From:** | Tony Glorioso <tglorioso@natures-intent.com> |
| **Sent:** | Monday, June 5, 2023 6:27 PM |
| **To:** | Teddy Khachatoorian |
| **Cc:** | Michael Koc; Sharon Osei; Maria Pontrello; Adalia Andrade; Lynsey Saracco; Christopher  Willis; Markus Benz; Don Demato; Vicki Thibodeau; Tiffany Rather |
| **Subject:** | Re: Urgent , payment update need  :   Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.jpg; image008.jpg; image009.png; image010.png; image011.png; image012.png; image013.png; image014.jpg |

Hi Teddy,

Thank you and your team taking the time to discuss with us about our payment plan. I am confirming our plan to pay $20k a week in June while we are waiting for new financing to arrive in late June / early July which will allow us to bring our account to current. We also understand all new shipments will be COD until we are current.

Thanks,
Tony

On Jun 5, 2023, at 5:54 PM, Teddy Khachatoorian <teddy.khachatoorian@fracht.com> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Tony,
As per our conversation today, we will receive 20k per week until next month. First payment will be on Friday. We are expecting to be squared away by July.
All new shipments will be COD. Can you please send your written confirmation on this email chain?
Thanks in advance !
**Best Regards,**
**Teddy Khachatoorian**
Sr. Finance Manager
Fracht FWO Inc.
Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

Cell: (516) 233-4495

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this

information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Michael Koc <michael.koc@fracht.com>
**Sent:** Monday, June 5, 2023 3:03 PM
**To:** Tony Glorioso <tglorioso@natures-intent.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Sharon Osei <sharon.osei@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki Thibodeau <vthibodeau@natures-intent.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

Hi Tony,
We are on the teams call. Are you and your team still available to join?
Thanks in advance.

**Best Regards,**
Michael Koc
Ocean Manager
Fracht FWO Inc.

Direct: (646) 237-6684 Cell: (516) 808-9511

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Michael Koc <michael.koc@fracht.com>
**Sent:** Monday, June 5, 2023 9:44 AM
**To:** Tony Glorioso <tglorioso@natures-intent.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Sharon Osei <sharon.osei@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki Thibodeau <vthibodeau@natures-intent.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

Hello Tony,

Do you have availability for a call today?

Are you available at 3 PM EST Time?

**Best Regards,**
Michael Koc
Ocean Manager
Fracht FWO Inc.

Direct: (646) 237-6684 Cell: (516) 808-9511

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Tony Glorioso <tglorioso@natures-intent.com>
**Sent:** Saturday, June 3, 2023 7:57 AM
**To:** Michael Koc <michael.koc@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Sharon Osei <sharon.osei@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki Thibodeau <vthibodeau@natures-intent.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

Michael,

Apologize for the delay in payments. Nature's Intent is currently working on restructuring our business model. We are also working on our lending strategy and working on new financing hoping to secure by the end of the month. I have Fracht on my radar and will look to make a payment in upcoming weeks and the plan is once our financing is done to get Fracht to a current position. We appreciate your patience with our account. If you would like to setup a call and discuss further please let me know.

Regards,

Tony Glorioso
Chief Financial Officer
*Nature's Intent LLC*
Five Greentree Centre, Suite 310
525 Route 73 North
Marlton, NJ 08053
(856) 334-4026
tglorioso@natures-intent.com
<image001.png>

**From:** Michael Koc <michael.koc@fracht.com>
**Sent:** Friday, June 2, 2023 4:25 PM
**To:** Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Sharon Osei <sharon.osei@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Tony Glorioso <tglorioso@natures-intent.com>;

Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>;
Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki
Thibodeau <vthibodeau@natures-intent.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account -
NATURE'S INTENT LLC (NATINT_US) -

CAUTION: This email originated from outside your organization. Exercise caution when opening
attachments or clicking links, especially from unknown senders.

Hi Maria,
Hope all is well. Could you let us know on the below please? Our management is asking when we can
expect to receive payment.
Thanks in advance.

**Best Regards,**
Michael Koc
Ocean Manager
Fracht FWO Inc.

Direct: (646) 237-6684 Cell: (516) 808-9511

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders
Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the
original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this
information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know
immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have
been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and
more useful place for your human generated data. Specializing in; Security, archiving and compliance.

The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport
processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery
dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded.
The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to
reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona
pandemic.

**From:** Teddy Khachatoorian <teddy.khachatoorian@fracht.com>
**Sent:** Thursday, June 1, 2023 9:48 AM
**To:** Sharon Osei <sharon.osei@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>;
Michael Koc <michael.koc@fracht.com>; Tony Glorioso <tglorioso@natures-intent.com>; Adalia
Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher
Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki
Thibodeau <vthibodeau@natures-intent.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account -
NATURE'S INTENT LLC (NATINT_US) -
Hi Maria,
Please let us know if you have any questions about our banking details. Let us know once the payment is
issued. Thanks in advance

**Best Regards,**
**Teddy Khachatoorian**                                                   <image003.png>
Sr. Finance Manager
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request. Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058.**

<image005.png>

<image006.png>

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

<image002.png>

Cell: (516) 233-4495
www.frachtusa.com

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may be been automatically archived by Microsoft 365's threat management and protection systems.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

---

**From:** Sharon Osei <sharon.osei@fracht.com>
**Sent:** Wednesday, May 24, 2023 1:32 PM
**To:** Maria Pontrello <mpontrello@natures-intent.com>; Michael Koc <michael.koc@fracht.com>; Tony Glorioso <tglorioso@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki Thibodeau <vthibodeau@natures-intent.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

Hello Maria,

Please call me directly at 516-512-2037.

Thank you.

**Best Regards,**
Sharon Osei
Staff Accountant
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request.**

**Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058**.

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

<image007.jpg>

Direct: (281) 248-9393
www.frachtusa.com

<image008.jpg>

**Best Regards,**
**Sharon Osei**
Staff Accountant
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request.**
**Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058**.

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com          <image003.png>
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

<image002.png>                                                <image004.png>

                                                              <image005.png>

www.frachtusa.com
                                                              <image006.png>

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may be been automatically archived by Microsoft 365's threat management and protection systems.

The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.

**From:** Maria Pontrello <mpontrello@natures-intent.com>
**Sent:** Wednesday, May 24, 2023 1:21 PM
**To:** Michael Koc <michael.koc@fracht.com>; Tony Glorioso <tglorioso@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki Thibodeau <vthibodeau@natures-intent.com>; Sharon Osei <sharon.osei@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

Hi Michael
It is our company policy to confirm our wiring instructions verbally, who should I call for this?
Thanks.

*Maria Pontrello*
*Accounting Manager*
Nature's Intent LLC
(856) 334-4027
Cell (609) 405-5149

**From:** Michael Koc <michael.koc@fracht.com>
**Sent:** Wednesday, May 24, 2023 1:07 PM
**To:** Tony Glorioso <tglorioso@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki Thibodeau <vthibodeau@natures-intent.com>; Sharon Osei <sharon.osei@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thank you Tony, it's much appreciated. I will let our management know.
If you need our wire instructions, please see below.
<image009.png>

**Best Regards,**
Michael Koc
Ocean Manager
Fracht FWO Inc.

Direct: (646) 237-6684 Cell: (516) 808-9511

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to*

*reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

---

**From:** Tony Glorioso <tglorioso@natures-intent.com>
**Sent:** Wednesday, May 24, 2023 1:01 PM
**To:** Michael Koc <michael.koc@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Don Demato <ddemato@natures-intent.com>; Vicki Thibodeau <vthibodeau@natures-intent.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -
Hi Michael,
Apologize for the delay in payments. I will work on getting a payment to you by the end of the month.
Maria,
Do we have wiring instructions for Fracht?
Tony

---

**From:** Michael Koc <michael.koc@fracht.com>
**Sent:** Wednesday, May 24, 2023 12:49 PM
**To:** Maria Pontrello <mpontrello@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Tony Glorioso <tglorioso@natures-intent.com>; Markus Benz <markus.benz@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Maria,
Sorry to push but our management is asking for an expected payment date. Can you advise on the below for us?
Thank you

**Best Regards,**
Michael Koc
Ocean Manager
Fracht FWO Inc.

Direct: (646) 237-6684 Cell: (516) 808-9511

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Michael Koc <michael.koc@fracht.com>
**Sent:** Tuesday, May 23, 2023 11:43 AM
**To:** Maria Pontrello <mpontrello@natures-intent.com>; Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Tony Glorioso <tglorioso@natures-intent.com>; Markus Benz <markus.benz@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

Hi Maria, thanks for responding. Can you let us know when we can expect to receive payment so we can let our accounting team know? Is there anything we can do or provide to help expedite?

**Best Regards,**
**Michael Koc**
Ocean Manager
Fracht FWO Inc.


All Air Requests and Pre-alerts must be sent to
jfk@fracht.com                                    <image003.png>
All Ocean Requests and Pre-alerts must be sent
to nyc@fracht.com
All Brokerage requests must be sent to
chb@fracht.com                                    <image004.png>
<image002.png>

                                                  <image005.png>

Direct: (646) 237-6684 Cell: (516) 808-9511
www.frachtusa.com
                                                  <image006.png>


All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Microsoft 365's threat management and protection systems.

The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.

**From:** Maria Pontrello <mpontrello@natures-intent.com>
**Sent:** Tuesday, May 23, 2023 11:40 AM
**To:** Adalia Andrade <adalia.andrade@fracht.com>; Lynsey Saracco <LSaracco@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Michael Koc <michael.koc@fracht.com>; Tony Glorioso <tglorioso@natures-intent.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -

Hello Adalia
I apologize for the lack of response, we are still undergoing a restructuring in all our departments and the balance is on our forecast.
*Maria Pontrello*
*Accounting Manager*
Nature's Intent LLC

(856) 334-4027
Cell (609) 405-5149

---

**From:** Adalia Andrade <adalia.andrade@fracht.com>
**Sent:** Tuesday, May 23, 2023 11:25 AM
**To:** Lynsey Saracco <LSaracco@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Michael Koc <michael.koc@fracht.com>
**Subject:** Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -
**Importance:** High

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello Lynsey ,
Hope all is well. Our acctg dept has not received any response regarding the past due invoices. Can you please review the statement below and advise if any further documentation / back up is required & when payment can be expected .
Your immediate response is required .
Thank you

**Best Regards,**
**Adalia Andrade**
Ocean Import/Export
Fracht FWO Inc.

All Air Requests and Pre-alerts must be sent to
jfk@fracht.com
All Ocean Requests and Pre-alerts must be sent to nyc@fracht.com
All Brokerage requests must be sent to
chb@fracht.com
<image002.png>

<image003.png>

<image004.png>

<image005.png>

Direct: (646) 237-6683
www.frachtusa.com

<image006.png>

---

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may be automatically archived by Microsoft 365's threat management and protection systems.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to*

*reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Sharon Osei <sharon.osei@fracht.com>
**Sent:** Tuesday, May 23, 2023 11:06 AM
**To:** Christopher Willis <cwillis@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>
**Cc:** Tiffany Rather <tiffany.rather@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Markus Benz <markus.benz@fracht.com>; Accounting Department <accounting@natures-intent.com>; Andrea Nietz <Andrea.nietz@solaris-global.com>; ARUSA <ARUSA@fracht.com>; Michael Koc <michael.koc@fracht.com>; Andrea Nietz <Andrea.nietz@solaris-global.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) -
**Importance:** High
Hello Payables,
We have not received your response or your payment. **The past due amount of $432,707.32 was due on 4/19/2023.** Please see attached statement and kindly respond with your payment details.
<image010.png>
Awaiting your prompt response.
Thank you.

**Best Regards,**
Sharon Osei
Staff Accountant
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request. Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058.**

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

<image007.jpg>

Direct: (281) 248-9393
www.frachtusa.com

<image008.jpg>

**Best Regards,**
**Sharon Osei**
Staff Accountant
Fracht FWO Inc.
Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Sharon Osei <sharon.osei@fracht.com>
**Sent:** Thursday, May 11, 2023 10:00 AM
**To:** Christopher Willis <cwillis@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>
**Cc:** Tiffany Rather <tiffany.rather@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Markus Benz <markus.benz@fracht.com>; Accounting Department <accounting@natures-intent.com>; Andrea Nietz <Andrea.nietz@solaris-global.com>; ARUSA <ARUSA@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 04/26/2023 PSD $430,947.32
**Importance:** High
Hello Chris,

Can we have an update for the highlighted past dues? Per attached statement $**430,947.32 is due.**
<image011.png>
Your prompt response will be appreciated.
Thank you.

**Best Regards,**
Sharon Osei
Staff Accountant
Fracht FWO Inc.


**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request. Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058**.

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com


<image007.jpg>



Direct: (281) 248-9393
www.frachtusa.com

**Best Regards,**
**Sharon Osei**
Staff Accountant
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information**
**changes via email without calling and speaking to our primary**
**accounting contact within your organization prior to such a request.**
**Should you receive any request for payment change please call Theresa**
**Heidenthal at (832) 436-9058**.

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com                  <image003.png>
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

<image002.png>                                                                                          <image004.png>

                                                                                                              <image005.png>

www.frachtusa.com
                                                                                                              <image006.png>

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Microsoft 365's threat management and protection systems.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Andrea Nietz <andrea.nietz@solaris-global.com>
**Sent:** Friday, April 28, 2023 2:48 PM
**To:** Christopher Willis <cwillis@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>
**Cc:** Sharon Osei <sharon.osei@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Markus Benz <markus.benz@fracht.com>; Accounting Department <accounting@natures-intent.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 04/26/2023 PSD $430,947.32
Hello Christopher,
Please find, attached, the requested invoice S06300698528/A.
Please feel free to contact me if you need anything else.
Have a nice weekend,

Andrea

**Best Regards,**
**Andrea Nietz**

<image014.jpg>

13

AP/AR Specialist
Solaris Global LLC

<image012.png>                                    <image014.jpg>

16701 Greenspoint Park Drive Suite 350,          <image014.jpg>
Houston, TX 77060
Direct: (281) 248-9388
e: andrea.nietz@solaris-global.com               <image014.jpg>
www.solaris-global.com
<image013.png>

---

**From:** Christopher Willis <cwillis@natures-intent.com>
**Sent:** Friday, April 28, 2023 2:39 PM
**To:** Andrea Nietz <andrea.nietz@solaris-global.com>; Maria Pontrello <mpontrello@natures-intent.com>
**Cc:** Sharon Osei <sharon.osei@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Markus Benz <markus.benz@fracht.com>; Accounting Department <accounting@natures-intent.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 04/26/2023 PSD $430,947.32

Hi andrea,
We are missing invoice S06300698528/A.
Thanks,
Chris W

---

**From:** Andrea Nietz <andrea.nietz@solaris-global.com>
**Sent:** Wednesday, April 26, 2023 12:29 PM
**To:** Maria Pontrello <mpontrello@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Sharon Osei <sharon.osei@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; Teddy Khachatoorian <teddy.khachatoorian@fracht.com>; Markus Benz <markus.benz@fracht.com>; Accounting Department <accounting@natures-intent.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 04/26/2023 PSD $430,947.32

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello Maria and Chris,
Following up on the payment status for the below past due invoices. Can you please provide us with an update?:

| Consolidated Invoice Ref | Organization | Invoice Date | Due Date | Type | Currency | Invoice Amount | Outst |
|---|---|---|---|---|---|---|---|
| S06300689345 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | USD | 14,773.84 | |
| S06300698528 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | USD | 98,450.16 | |
| S06300694462 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300695505 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300695507 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300699838 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300697824 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 14,868.84 | |
| S06300697817 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 14,858.84 | |
| S06300701357 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 12,808.84 | |
| S06300699841/B | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 12,808.84 | |
| S06300709924 | NATINT_US | 15-Feb-23 | 17-Mar-23 | INV | USD | 11,099.95 | |
| S06300709924/A | NATINT_US | 27-Feb-23 | 29-Mar-23 | INV | USD | 1,145.00 | |
| S06300695506 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 14,893.84 | |
| S06300701074 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 16,677.84 | |

| S06300703085 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 17,433.84 |
| S06300703088 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 17,433.84 |
| S06300704699 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 17,406.12 |
| S06300703088/A | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 700.00 |
| S06300703085/A | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 700.00 |
| S06300706898 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 18,096.12 |
| S06300705082 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 18,096.12 |
| S06300706902 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 18,096.12 |
| S06300704699/A | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 700.00 |
| S06300711544 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 10,187.12 |
| S06300709929 | NATINT_US | 13-Mar-23 | 12-Apr-23 | INV | USD | 14,171.32 |
| S06300709657 | NATINT_US | 13-Mar-23 | 12-Apr-23 | INV | USD | 9,687.12 |
| S06300709665 | NATINT_US | 13-Mar-23 | 12-Apr-23 | INV | USD | 11,371.12 |
| S06300698528/A | NATINT_US | 20-Mar-23 | 19-Apr-23 | INV | USD | 15,000.00 |

Please feel free to contact us if you have any questions.
Thanks,

Andrea

**Best Regards,**
**Andrea Nietz**
AP/AR Specialist                        <image014.jpg>
Solaris Global LLC

<image012.png>                        <image014.jpg>

16701 Greenspoint Park Drive Suite 350,
Houston, TX 77060
Direct: (281) 248-9388                 <image014.jpg>
e: andrea.nietz@solaris-global.com
www.solaris-global.com
<image013.png>                        <image014.jpg>

**From:** Andrea Nietz
**Sent:** Wednesday, April 12, 2023 3:48 PM
**To:** Maria Pontrello <mpontrello@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>
**Cc:** Sharon Osei <sharon.osei@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; Teddy
Khachatoorian <teddy.khachatoorian@fracht.com>; Markus Benz <markus.benz@fracht.com>;
Accounting Department <accounting@natures-intent.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account -
NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95
Hello Maria and Chris,
Can you please give me an update on the ETA of payment for the below invoices?:

| Consolidated Invoice Ref | Organization | Invoice Date | Due Date | Type | Currency | Invoice Amount | Outs Amo |
|---|---|---|---|---|---|---|---|
| S06300689345 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | USD | 14,773.84 | |
| S06300698528 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | USD | 98,450.16 | |
| S06300694462 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300695505 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300695507 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300699838 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | USD | 12,808.84 | |
| S06300697824 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 14,868.84 | |
| S06300697817 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 14,858.84 | |
| S06300701357 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 12,808.84 | |
| S06300699841/B | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | USD | 12,808.84 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| S06300709924 | NATINT_US | 15-Feb-23 | 17-Mar-23 | INV | USD | 11,099.95 |
| S06300709924/A | NATINT_US | 27-Feb-23 | 29-Mar-23 | INV | USD | 1,145.00 |
| S06300695506 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 14,893.84 |
| S06300701074 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 16,677.84 |
| S06300703085 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 17,433.84 |
| S06300703088 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 17,433.84 |
| S06300704699 | NATINT_US | 28-Feb-23 | 30-Mar-23 | INV | USD | 17,406.12 |
| S06300703088/A | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 700.00 |
| S06300703085/A | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 700.00 |
| S06300706898 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 18,096.12 |
| S06300705082 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 18,096.12 |
| S06300706902 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 18,096.12 |
| S06300704699/A | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 700.00 |
| S06300711544 | NATINT_US | 01-Mar-23 | 31-Mar-23 | INV | USD | 10,187.12 |

Please feel free to contact me if you have any questions or concerns.
Thanks,

Andrea

**From:** Tiffany Rather <tiffany.rather@fracht.com>
**Sent:** Monday, April 3, 2023 3:26 PM
**To:** Christopher Willis <cwillis@natures-intent.com>
**Cc:** Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>; Sharon Osei <sharon.osei@fracht.com>; Andrea Nietz <Andrea.nietz@solaris-global.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95
Hello,
Please see the attached. Thank you.

**Best Regards,**
**Tiffany Rather**
Credit Controller
Fracht FWO Inc.
Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

Direct: (281) 248-9393

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with same terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.

**From:** Christopher Willis <cwillis@natures-intent.com>
**Sent:** Monday, April 3, 2023 3:05 PM
**To:** Tiffany Rather <tiffany.rather@fracht.com>
**Cc:** Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95

Hi Tiffany,
Can you get us the wiring instructions?
Thanks,
Chris W

---

**From:** Tiffany Rather <tiffany.rather@fracht.com>
**Sent:** Monday, March 20, 2023 3:56 PM
**To:** Adalia Andrade <adalia.andrade@fracht.com>; Christopher Willis <cwillis@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>; Lynsey Saracco <LSaracco@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; ARUSA <ARUSA@fracht.com>; Sharon Osei <sharon.osei@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
The payment has not shown up in the bank report receive today. If payment was issued today, it will most likely show up on tomorrow's report.
Thank you.

**Best Regards,**
**Tiffany Rather**
Credit Controller
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request. Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058.**

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com        <image003.png>
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

<image002.png>                                               <image004.png>


                                                            <image005.png>

Direct: (281) 248-9393
www.frachtusa.com

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Microsoft 365's threat management and protection systems.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Adalia Andrade <adalia.andrade@fracht.com>
**Sent:** Monday, March 20, 2023 2:09 PM
**To:** Christopher Willis <cwillis@natures-intent.com>; Cora Matthews <Cora.Matthews@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>; Lynsey Saracco <LSaracco@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; ARUSA <ARUSA@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95

Hello Christopher ,
Thank you for the below information . Also can you update us to when we can expect addl payment on past the due balance ? Thank you Team ARUSA ,
Can you pls confirm payment received .

Best Regards,
Adalia Andrade

Import/Export | *New York*
Fracht FWO Inc.

Direct:(646) 237-6683
<image014.jpg>
www.frachtusa.com
<image014.jpg>

<image014.jpg>

<image014.jpg>

<image014.jpg>

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

**Best Regards,**
Adalia Andrade

Ocean Import/Export
Fracht FWO Inc.

Direct: (646) 237-6683

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Christopher Willis <cwillis@natures-intent.com>
**Sent:** Monday, March 20, 2023 12:20 PM
**To:** Adalia Andrade <adalia.andrade@fracht.com>; Cora Matthews <Cora.Matthews@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>; Lynsey Saracco <LSaracco@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; ARUSA <ARUSA@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95
Hi Adalia,
We have sent you a payment back on march 10th via check #7833 for $29,793.10. Attached is the remittance for that check if you have not received it yet. Its paying invoices#s06300669038 and S06300669043.

**From:** Adalia Andrade <adalia.andrade@fracht.com>
**Sent:** Monday, March 13, 2023 12:42 PM
**To:** Cora Matthews <Cora.Matthews@fracht.com>; Christopher Willis <cwillis@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>; Lynsey Saracco <LSaracco@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; ARUSA <ARUSA@fracht.com>
**Subject:** RE: Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

** Adding Lynsey **
Dear Chris and Maria,
We been sending several email with the attached statement and all invoices with no response or payment since 02/01/23. As today your account is showing a past due balance of $ 327,969.95, can you kindly provide payment status? Let us know if you have further questions. Thank you.

| Consolidated Invoice Ref | Description | Organization | Invoice Date | Due Date | Type | Trans. Num. | Currency | Trans. Amou |
|---|---|---|---|---|---|---|---|---|
| S06300669038 | S06300669038 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171623 | USD | 14,896. |
| S06300669043 | S06300669043 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171634 | USD | 14,896. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S06300669046 | S06300669046 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171638 | USD | 14,896. |
| S06300669771 | S06300669771 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171647 | USD | 14,896. |
| S06300689340 | S06300689340 | NATINT_US | 15-Dec-22 | 14-Jan-23 | INV | 00172168 | USD | 12,828. |
| S06300667588 | S06300667588 | NATINT_US | 28-Dec-22 | 27-Jan-23 | INV | 00173552 | USD | 18,849. |
| S06300689345 | S06300689345 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | 00173735 | USD | 14,773. |
| S06300689342 | S06300689342 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | 00173761 | USD | 16,878. |
| S06300698528 | S06300698528 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | 00173952 | USD | 98,450. |
| S06300665734/E | S06300665734 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | 00174130 | USD | 21. |
| S06300694462 | S06300694462 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174174 | USD | 12,808. |
| S06300695505 | S06300695505 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174175 | USD | 12,808. |
| S06300695507 | S06300695507 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174176 | USD | 12,808. |
| S06300699838 | S06300699838 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174177 | USD | 12,808. |
| S06300697824 | S06300697824 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175154 | USD | 14,868. |
| S06300697817 | S06300697817 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175156 | USD | 14,858. |
| S06300701357 | S06300701357 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175185 | USD | 12,808. |
| S06300699841/B | S06300699841 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175187 | USD | 12,808. |

Best Regards,
Adalia Andrade

Import/Export | *New York*
Fracht FWO Inc.

Direct:(646) 237-6683

<image014.jpg>
www.frachtusa.com

<image014.jpg>

<image014.jpg>

<image014.jpg>

<image014.jpg>

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and
Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

**Best Regards,**
**Adalia Andrade**
Ocean Import/Export
Fracht FWO Inc.

All Air Requests and Pre-alerts must be sent to
jfk@fracht.com
All Ocean Requests and Pre-alerts must be sent        <image003.png>
to nyc@fracht.com
All Brokerage requests must be sent to
chb@fracht.com                                          <image004.png>
<image002.png>

                                                        <image005.png>

Direct: (646) 237-6683
www.frachtusa.com

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Microsoft 365's threat management and protection systems.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Cora Matthews <Cora.Matthews@fracht.com>
**Sent:** Monday, March 13, 2023 12:35 PM
**To:** Christopher Willis <cwillis@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Adalia Andrade <adalia.andrade@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>; ARUSA <ARUSA@fracht.com>
**Subject:** Urgent , payment update need : Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 03/13/2023 PSD $ 327,969.95

Dear Chris and Maria,

We been sending several email with the attached statement and all invoices with no response or payment since 02/01/23. As today your account is showing a past due balance of $ 327,969.95, can you kindly provide payment status? Let us know if you have further questions. Thank you.

| Consolidated Invoice Ref | Description | Organization | Invoice Date | Due Date | Type | Trans. Num. | Currency | Trans. Amou |
|---|---|---|---|---|---|---|---|---|
| S06300669038 | S06300669038 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171623 | USD | 14,896. |
| S06300669043 | S06300669043 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171634 | USD | 14,896. |
| S06300669046 | S06300669046 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171638 | USD | 14,896. |
| S06300669771 | S06300669771 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171647 | USD | 14,896. |
| S06300689340 | S06300689340 | NATINT_US | 15-Dec-22 | 14-Jan-23 | INV | 00172168 | USD | 12,828. |
| S06300667588 | S06300667588 | NATINT_US | 28-Dec-22 | 27-Jan-23 | INV | 00173552 | USD | 18,849. |
| S06300689345 | S06300689345 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | 00173735 | USD | 14,773. |
| S06300689342 | S06300689342 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | 00173761 | USD | 16,878. |
| S06300698528 | S06300698528 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | 00173952 | USD | 98,450. |
| S06300665734/E | S06300665734 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | 00174130 | USD | 21. |
| S06300694462 | S06300694462 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174174 | USD | 12,808. |
| S06300695505 | S06300695505 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174175 | USD | 12,808. |
| S06300695507 | S06300695507 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174176 | USD | 12,808. |
| S06300699838 | S06300699838 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174177 | USD | 12,808. |
| S06300697824 | S06300697824 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175154 | USD | 14,868. |
| S06300697817 | S06300697817 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175156 | USD | 14,858. |
| S06300701357 | S06300701357 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175185 | USD | 12,808. |
| S06300699841/B | S06300699841 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175187 | USD | 12,808. |

**Best Regards,**
**Cora Matthews**
AR Lead
Fracht FWO Inc.
Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

Direct: (832) 436-9033 Cell: 3462736161

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Cora Matthews <Cora.Matthews@fracht.com>
**Sent:** Tuesday, February 28, 2023 2:24 PM
**To:** Christopher Willis <cwillis@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Adalia Andrade <adalia.andrade@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 02/28/2023 PSD $ 327,969.95

Hello Chris,

Find attached statement, as today your account is showing a past due balance of $ 327,969.95. Let us know if you have further questions. Thank you.

| Consolidated Invoice Ref | Description | Organization | Invoice Date | Due Date | Type | Trans. Num. | Currency | Trans. Amou |
|---|---|---|---|---|---|---|---|---|
| S06300669038 | S06300669038 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171623 | USD | 14,896. |
| S06300669043 | S06300669043 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171634 | USD | 14,896. |
| S06300669046 | S06300669046 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171638 | USD | 14,896. |
| S06300669771 | S06300669771 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171647 | USD | 14,896. |
| S06300689340 | S06300689340 | NATINT_US | 15-Dec-22 | 14-Jan-23 | INV | 00172168 | USD | 12,828. |
| S06300667588 | S06300667588 | NATINT_US | 28-Dec-22 | 27-Jan-23 | INV | 00173552 | USD | 18,849. |
| S06300689345 | S06300689345 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | 00173735 | USD | 14,773. |
| S06300689342 | S06300689342 | NATINT_US | 29-Dec-22 | 28-Jan-23 | INV | 00173761 | USD | 16,878. |
| S06300698528 | S06300698528 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | 00173952 | USD | 98,450. |
| S06300665734/E | S06300665734 | NATINT_US | 30-Dec-22 | 29-Jan-23 | INV | 00174130 | USD | 21. |
| S06300694462 | S06300694462 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174174 | USD | 12,808. |
| S06300695505 | S06300695505 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174175 | USD | 12,808. |
| S06300695507 | S06300695507 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174176 | USD | 12,808. |
| S06300699838 | S06300699838 | NATINT_US | 31-Dec-22 | 30-Jan-23 | INV | 00174177 | USD | 12,808. |
| S06300697824 | S06300697824 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175154 | USD | 14,868. |
| S06300697817 | S06300697817 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175156 | USD | 14,858. |
| S06300701357 | S06300701357 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175185 | USD | 12,808. |
| S06300699841/B | S06300699841 | NATINT_US | 10-Jan-23 | 09-Feb-23 | INV | 00175187 | USD | 12,808. |

**Best Regards,**
**Cora Matthews**
AR Lead
Fracht FWO Inc.
Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com

Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

Direct: (832) 436-9033 Cell: 3462736161

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.

**From:** Christopher Willis <cwillis@natures-intent.com>
**Sent:** Tuesday, February 28, 2023 2:10 PM
**To:** Cora Matthews <Cora.Matthews@fracht.com>; Maria Pontrello <mpontrello@natures-intent.com>; Accounting Department <accounting@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Adalia Andrade <adalia.andrade@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** RE: Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 01/27/2023 PSD $ 152,589.04

Hi Cora,

Can you provide me with an updated Statement of open invoices?

Thanks,

Chris Willis

**From:** Cora Matthews <Cora.Matthews@fracht.com>
**Sent:** Friday, January 27, 2023 1:04 PM
**To:** Christine Clark <cclark@natures-intent.com>; Maria Pontrello <mpontrello@natures-intent.com>; Christopher Willis <cwillis@natures-intent.com>; Accounting Department <accounting@natures-intent.com>
**Cc:** Markus Benz <markus.benz@fracht.com>; Adalia Andrade <adalia.andrade@fracht.com>; Tiffany Rather <tiffany.rather@fracht.com>
**Subject:** Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - 01/27/2023 PSD $ 152,589.04
**Importance:** High

Dear Maria,

Can you kindly provide payment amount for next week? As today your account is showing a past due balance of $ 152,589.04. Let us know if you have further questions. Thank you.

| Consolidated Invoice Ref | Description | Organization | Invoice Date | Due Date | Type | Trans. Num. | Currency | Trans. Amou |
|---|---|---|---|---|---|---|---|---|
| S06300665738 | S06300665738 | NATINT_US | 29-Nov-22 | 29-Dec-22 | INV | 00169620 | USD | 14,931. |
| S06300669769 | S06300669769 | NATINT_US | 29-Nov-22 | 29-Dec-22 | INV | 00169628 | USD | 14,931. |
| S06300667585 | S06300667585 | NATINT_US | 01-Dec-22 | 31-Dec-22 | INV | 00170312 | USD | 14,931. |
| S06300650232/A | S06300650232 | NATINT_US | 05-Dec-22 | 04-Jan-23 | INV | 00170712 | USD | 1,483. |
| S06300667587 | S06300667587 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171611 | USD | 15,046. |
| S06300669038 | S06300669038 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171623 | USD | 14,896. |
| S06300669043 | S06300669043 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171634 | USD | 14,896. |
| S06300669046 | S06300669046 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171638 | USD | 14,896. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S06300669771 | S06300669771 | NATINT_US | 12-Dec-22 | 11-Jan-23 | INV | 00171647 | USD | 14,896. |
| S06300689340 | S06300689340 | NATINT_US | 15-Dec-22 | 14-Jan-23 | INV | 00172168 | USD | 12,828. |
| S06300667588 | S06300667588 | NATINT_US | 28-Dec-22 | 27-Jan-23 | INV | 00173552 | USD | 18,849. |

**Best Regards,**
**Cora Matthews**
AR Lead
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request. Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058.**

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com                    <image003.png>

<image007.jpg>                                                       <image004.png>

                                                                     <image005.png>
Direct: (832) 436-9033 Cell: 3462736161
www.frachtusa.com                                                    <image006.png>

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Microsoft 365's threat management and protection systems.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Cora J. Matthews <cora.matthews@fracht.com>
**Sent:** Monday, January 16, 2023 12:44 PM
**To:** cclark@natures-intent.com
**Cc:** Cora Matthews <Cora.Matthews@fracht.com>; Markus Benz <markus.benz@fracht.com>
**Subject:** Fracht FWO Inc. - USA (Corporate) - Statement of Account - NATURE'S INTENT LLC (NATINT_US) - USD

⚠ CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

**AUTO BI-WEEKLY STATEMENT**

Dear Client,

Please find attached your most current statement and all invoices. Please ensure they are

processed for prompt payment and keep us posted with payment status.

Please send future remittance to ARUSA@fracht.com and cc me.

Thank you.


FRACHT FWO INC.
USA (Corporate)
16701 GREENSPOINT PARK DR STE 300 HOUSTON TX 77060-2315
Phone: +12812271700
Fax: +17185532713