# Exhibit C

# Packer, Holli B.

| | |
|---|---|
| **From:** | Tony Glorioso <tglorioso@natures-intent.com> |
| **Sent:** | Thursday, August 17, 2023 11:39 AM |
| **To:** | Teddy Khachatoorian |
| **Cc:** | Don Demato; Vicki Thibodeau |
| **Subject:** | RE: Payments |

Teddy,
Nature's Intent will make Fracht whole. I cannot give you a date yet. We are working as fast as we can to move forward and we are. Our outer months and 2024 look great. As soon as we can do something more significant, we will.

Tony

---

**From:** Teddy Khachatoorian <teddy.khachatoorian@fracht.com>
**Sent:** Thursday, August 17, 2023 11:32 AM
**To:** Tony Glorioso <tglorioso@natures-intent.com>
**Subject:** Re: Payments


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Tony, what is the approx date you can give us a significant payment

Get Outlook for iOS


**Best Regards,**
**Teddy Khachatoorian**
Sr. Finance Manager
Fracht FWO Inc.
Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com

Cell: (516) 233-4495

All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at http://www.frachtusa.com .
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance.

*The spread of the SARS-CoV-2 virus and the associated disease COVID-19 (Corona pandemic) can lead to disruptions in transport processes. The Customer is aware that delays may occur as a result of the Corona pandemic and that this may mean that delivery dates cannot be met and that unexpected additional costs may arise which were not calculated when the contract was concluded. The freight forwarder is obliged to avoid or reduce these as far as possible. In accordance with this, the customer is obliged to reimburse the additional costs. The freight forwarder shall not be liable for exceeding the delivery deadline caused by the Corona pandemic.*

**From:** Tony Glorioso <tglorioso@natures-intent.com>
**Sent:** Thursday, August 17, 2023 10:27:13 AM
**To:** Teddy Khachatoorian <teddy.khachatoorian@fracht.com>
**Subject:** RE: Payments

Hi Teddy,

I am on track for $5k this week. Also, I am in the early due diligence process for inventory lend with Tiger Lending. Expected close is end of September. They will require another inventory appraisal that takes week. We just had one done in June with Gordon Bros. but Tiger will request another.

Thanks,

Tony

**From:** Teddy Khachatoorian <teddy.khachatoorian@fracht.com>
**Sent:** Thursday, August 17, 2023 10:19 AM
**To:** Tony Glorioso <tglorioso@natures-intent.com>
**Subject:** Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Tony,

Are you able to send 10k this week?


**Best Regards,**
**Teddy Khachatoorian**
Sr. Finance Manager
Fracht FWO Inc.

**Please note, Fracht will not request any banking or payment information changes via email without calling and speaking to our primary accounting contact within your organization prior to such a request. Should you receive any request for payment change please call Theresa Heidenthal at (832) 436-9058.**

Send all AP Invoices to: APUSA@fracht.com
Send all AP Statements to : StatementsUSA@fracht.com
Send all Remittance advised to: ARUSA@fracht.com
Send all Overhead invoices to: Overhead@fracht.com







Fracht Group supports the UN Sustainable Development Goals

Cell: (516) 233-4495
www.frachtusa.com



All services provided hereunder are subject to the Terms and Conditions of Service of the National Customs Broker and Forwarders Association of America, Inc., available at https://www.frachtusa.com/terms-and-policies/
Liability of Fracht FWO Inc. may be limited in accordance with said terms.

All information and attachments included in this email are confidential and intended for the original recipient only. If you are not the original recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication by mistake please let us know immediately and delete this communication from your system. This email has been scanned for viruses and malware, and may have been automatically archived by Microsoft 365's threat management and protection systems.