UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRACHT FWO INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>NATURE'S INTENT LLC; NATURES TREATS LLC; ENCHANTE ACCESSORIES INC.; DONALD DEMATO and ANTHONY S. GLORIOSO<br><br>                    Defendant. | Civil Action No.: 1:24-cv-3881<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Fracht FWO Inc., by and through its counsel Blank Rome LLP, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants Nature's Intent LLC, Natures Treats LLC, and Enchante Accessories Inc.

Dated: September 20, 2024
       New York, New York

                                          Respectfully submitted,

                                    By: /s/ Lauren B. Wilgus
                                          Lauren B. Wilgus
                                          (Attorney No. 4771622)
                                          BLANK ROME LLP
                                          1271 Avenue of the Americas
                                          New York, NY 10020
                                          Telephone: (212) 885-5000
                                          Email: Lauren.Wilgus@blankrome.com