UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRACHT FWO INC., <br><br> Plaintiff, <br><br> v. <br><br> NATURE'S INTENT LLC; NATURES TREATS LLC; ENCHANTE ACCESSORIES INC.; DONALD DEMATO and ANTHONY S. GLORIOSO <br><br> Defendant. | Civil Action No.: 1:24-cv-3881 <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsels, that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Donald Demato and Anthony S. Glorioso pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Lauren Wilgus*

Lauren B. Wilgus
*Attorney for Fracht FWO Inc.*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Email: Lauren.Wilgus@blankrome.com
Dated: 9/27/24

*/s/ Dove Burns*

Doe A.E. Burns, Esq.
*Attorney for Individual Defendants*
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
60th East 42nd Street, 40th Floor
Telephone: (917) 994-2550
Email: Dove.Burns@obermayer.com
Dated: 9/26/24

999998.04529/150585504v.3